UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| YVONNE MART FOX, GRANT NESHEIM, DANIELLE DUCKLEY, and SHELLY KITSIS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>IOWA HEALTH SYSTEM, doing business as UNITYPOINT HEALTH, an Iowa non-profit corporation,<br><br>*Defendant.* | Case No.: 3:18-cv-00327-JDP |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO SET PRELIMINARY APPROVAL BRIEFING SCHEDULE**

Plaintiffs Yvonne Mart Fox, Grant Nesheim, Danielle Duckley, and Shelly Kitsis ("Plaintiffs") and Defendant Iowa Health System dba UnityPoint Health ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a class-wide resolution of this matter and respectfully request that the Court vacate all pending deadlines and set a briefing schedule for the preliminary approval motion in light of the settlement. In support of the instant motion, the Parties state as follows:

1. On March 3, 2020, the Parties participated in a full-day mediation with the Honorable Judge Morton Denlow (Ret.) of JAMS in Chicago, Illinois.

2. The Parties were unable to reach a resolution of the matter at this mediation, but continued to engage in direct settlement negotiations.

3. The Parties participated in two additional telephonic mediation sessions with Judge Denlow on March 18, 2020 and March 20, 2020.

4. At the conclusion of the March 20 mediation session, Judge Denlow provided a

Mediator's Proposal on an unresolved term, which the Parties accepted on March 23, 2020.

5. The Parties finalized and executed a Term Sheet on April 10, 2020, and are working toward finalizing and executing a Class Action Settlement Agreement.

6. Economy would be served by vacating all existing dates as set forth in the Court's current case schedule, including all pretrial and trial dates, with the Court setting future dates as it deems necessary.

Accordingly, in the interest of preserving the Parties' and the Court's resources, the Parties respectfully request that the Court vacate all existing dates as set forth in the Court's Preliminary Pretrial Conference Order (Dkt. No. 68) and Order granting the Parties' Joint Motion to Continue Class Certification Deadlines (Dkt. No. 78).

The Parties also request that the Court set a deadline of July 8, 2020 for the Parties to file a motion for preliminary approval of the Class Action Settlement Agreement.

Dated: April 10, 2020

Respectfully submitted,

/s/ Casie D. Collignon (by permission)
Casie D. Collignon
Paul G. Karlsgodt
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Tel.: (303) 861-0600
Fax: (303) 861-7805
ccollignon@bakerlaw.com
pkarlsgodt@bakerlaw.com

Emily M. Feinstein
**QUARLES & BRADY LLP**
33 East Main Street, Suite 900
Madison, WI 53703
Tel.: (608) 283-2470
Fax: (608) 294-4912
Emily.feinstein@quarles.com

***Attorneys for Defendant***

/s/ Cari Campen Laufenberg
Cari Campen Laufenberg (admitted *pro hac vice*)
T. David Copley (admitted *pro hac vice*)
Adele A. Daniel (admitted *pro hac vice*)
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384
claufenberg@kellerrohrback.com
dcopley@kellerrohrback.com
adaniel@kellerrohrback.com

Christopher Springer (admitted *pro hac vice*)
**KELLER ROHRBACK L.L.P.**
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel.: (805) 456-1496
Fax: (805) 456-1497
cspringer@kellerrohrback.com

-3-

Ronald A. Marron
Kas L. Gallucci
Michael T. Houchin
Lilach Halperin
**Law Offices of Ronald A. Marron**
651 Arroyo Drive
San Diego, California 92103
Tel.: (619) 696-9006
Fax: (619) 564.6665
*ron@consumersadvocates.com*
*kas@consumersadvocates.com*
*mike@consumersadvocates.com*
*lilach@consumersadvocates.com*

Robert L. Teel
*Of Counsel* to the
**Law Offices of Ronald A. Marron**
1425 Broadway, Mail Code: 20-6690
Seattle, WA 98122
Tel.: (866) 833-5529
Fax: (855) 609-6911
*lawoffice@rlteel.com*

*Attorneys for Plaintiffs and the Putative Class*

-4-

## CERTIFICATE OF SERVICE

I, Cari C. Laufenberg hereby certify that, on April 10, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Western District of Wisconsin using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg
