UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| YVONNE MART FOX, GRANT NESHEIM, DANIELLE DUCKLEY, and SHELLY KITSIS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>IOWA HEALTH SYSTEM, doing business as UNITYPOINT HEALTH, an Iowa non-profit corporation,<br><br>*Defendant.* | **Case No.: 18-cv-00327-JDP** |

**FINAL JUDGMENT**

The Court having previously issued its final order approving as fair, reasonable and adequate the Proposed Class Action Settlement, and having approved the award of attorneys' fees and costs, as well as service awards, hereby enters final judgment as defined in Federal Rule of Civil Procedure 58(a) in this Action as between Plaintiffs and Defendant. Pursuant to this Final Judgment:

1. All terms in initial capitalization used in this Judgment shall have the same meanings as set forth in the Settlement Agreement, unless otherwise defined herein.

2. Upon the date of entry of this Final Judgment, Class Representatives and Settlement Class members shall be deemed to have released any and all Released Claims as against all Released Parties.

3. The parties and all Settlement Class members who did not opt-out of the Settlement

-1-

-2-

in accordance with the Court approved opt-out procedures and deadlines are bound by the terms of the Settlement Agreement and are hereby ordered to comply with the terms of the Settlement Agreement. A list of Settlement Class members who properly opted out of the Settlement is attached to this judgment as Exhibit A. Class members on this list are no longer parties to this Action and are not bound by the Settlement Agreement.

4. Without affecting the finality of the Court's Judgment in any way, the Court retains jurisdiction over this matter in accordance with the Settlement Agreement.

5. This Action is dismissed in its entirety on the merits but without prejudice for the purpose of retaining jurisdiction over the settlement, with all parties to bear their own costs and attorneys' fees except as provided by the Settlement Agreement and the Court's orders.

6. The Clerk is hereby instructed to enter Judgment forthwith.

**IT IS SO ORDERED.**

Entered this 4th day of March, 2021.

/s/
_____
James D. Peterson
United States District Judge


/s/
_____
Peter Oppeneer
Clerk of Court

# Exhibit A



**CA5357- UnityPoint Health**
**Opt Out Report**

| Tracking Number | DOC ID | Date Submitted | State | Country |
|---|---|---|---|---|
| 1022243 | 900000001 | 11/2/2020 | IA | US |
| 247256 | 900000002 | 11/2/2020 | NE | US |
| 846921 | 900000003 | 11/2/2020 | IL | US |
| 780420 | 900000004 | 11/2/2020 | IL | US |
| 15985 | 900000005 | 11/2/2020 | WI | US |
| 1066188 | 900000006 | 11/2/2020 | WI | US |
| 1386209 | 900000007 | 11/3/2020 | WI | US |
| 545336 | 900000008 | 11/4/2020 | IL | US |
| 1300064 | 900000009 | 11/4/2020 | IL | US |
| 1411139 | 900000011 | 11/5/2020 | IA | US |
| 625402 | 900000012 | 11/6/2020 | IA | US |
| 906536 | 900000013 | 11/5/2020 | IL | US |
| 1004681 | 900000014 | 11/5/2020 | IA | US |
| 838009 | 900000019 | 11/4/2020 | IL | US |
| 846767 | 900000021 | 11/4/2020 | IL | US |
| 557752 | 900000023 | 11/4/2020 | IA | US |
| 254779 | 900000024 | 11/4/2020 | IA | US |
| 904919 | 900000025 | 11/9/2020 | IL | US |
| 908936 | 900000026 | 11/9/2020 | IL | US |
| 865045 | 900000027 | 11/9/2020 | IL | US |
| 939468 | 900000028 | 11/10/2020 | IL | US |
| 423391 | 900000029 | 11/9/2020 | IA | US |
| 402441 | 900000030 | 11/10/2020 | IA | US |
| 1245469 | 900000031 | 11/11/2020 | IA | US |
| 899843 | 900000032 | 11/12/2020 | IL | US |
| 671153 | 900000033 | 11/16/2020 | IL | US |
| 1428214 | 900000034 | 11/16/2020 | IL | US |
| 436571 | 900000035 | 11/4/2020 | IA | US |
| 1078066 | 900000036 | 11/17/2020 | IA | US |
| 243963 | 900000037 | 11/17/2020 | IA | US |
| 1109762 | 900000038 | 11/18/2020 | WI | US |
| 304183 | 900000039 | 11/18/2020 | IA | US |
| 526936 | 900000040 | 11/19/2020 | FL | US |
| 1077467 | 900000041 | 11/19/2020 | WI | US |
| 396649 | 900000042 | 11/20/2020 | IA | US |
| 975561 | 900000043 | 11/19/2020 | IL | US |
| 615668 | 900000044 | 11/18/2020 | IA | US |
| 959039 | 900000045 | 11/18/2020 | IA | US |
| 794793 | 900000046 | 11/18/2020 | WI | US |
| 916803 | 900000047 | 11/21/2020 | IL | US |
| 842479 | 900000048 | 11/21/2020 | IL | US |
| 331245 | 900000050 | 11/23/2020 | IA | US |
| 336971 | 900000051 | 11/23/2020 | IA | US |
| 826788 | 900000052 | 11/23/2020 | IA | US |
| 653993 | 900000053 | 11/23/2020 | IA | US |
| 661767 | 900000054 | 11/23/2020 | IA | US |
| 1378976 | 900000055 | 11/24/2020 | IL | US |
| 1154956 | 900000056 | 11/28/2020 | IL | US |
| 147246 | 900000058 | 11/5/2020 | IA | US |
| 600649 | 900000060 | 11/30/2020 | CA | US |
| 1312664 | 900000061 | 11/30/2020 | IL | US |
| 875699 | 900000062 | 11/30/2020 | IL | US |
| 991151 | 900000063 | 12/2/2020 | NE | US |
| 891011 | 900000066 | 12/11/2020 | IL | US |
| 620321 | 900000067 | 12/11/2020 | IL | US |
| 11286 | 900000068 | 12/16/2020 | WI | US |
| 293172 | 900000069 | 12/17/2020 | IA | US |
| 1033480 | 900000073 | 12/29/2020 | IA | US |
| 383623 | 900000071 | 12/30/2020 | WI | US |
| 901399 | 900000074 | 12/31/2020 | IL | US |
| 860712 | 900000075 | 12/31/2020 | IL | US |
| 877481 | 900000076 | 12/29/2020 | IL | US |
| 890780 | 900000077 | 12/29/2020 | IL | US |
| 1073396 | 900000078 | 12/28/2020 | IA | US |
| 1082717 | 900000079 | 12/29/2020 | WI | US |
| 413452 | 900000080 | 1/4/2021 | IA | US |
| 413443 | 900000081 | 1/4/2021 | IA | US |
| 1169370 | 900000082 | 1/23/2021 | IA | US |